COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Clarent Energy Services, Inc. and Graham Gilliam v. Leasing Ventures, LLC

Appellate case number: 01-18-00036-CV

Trial court case number: 2016-50734

Trial court: 127th District Court of Harris County

This court dismissed the first appeal filed by appellants Clarent Energy Services, Inc. and Graham Gilliam because the order appealed was not final or appealable. *See Clarent Energy Svcs., Inc. v. Leasing Ventures, LLC*, No. 01–08–00036–CV, 2018 WL 4087003 (Tex. App.—Houston [1st Dist.] Aug. 28, 2018, no pet.). On September 12, 2018, appellants filed a second appeal after the trial court signed a second interlocutory summary judgment order.

If there is no final judgment, this court does not have jurisdiction to entertain this appeal. *See Jack B. Anglin Co. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (appeal may be had only from final judgments unless statute authorizes appeal of interlocutory order).

The court may dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Unless appellants cause a supplemental clerk's record to be filed containing a final judgment, or it otherwise files a response demonstrating that this court has jurisdiction of the appeal, this appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Appellants' response, if any, is **due in this court within 10 days of the date of this notice**.

It is so ORDERED.


Judge's signature: ____/s/ Michael Massengale_____
☒ Acting individually    ☐ Acting for the Court


Date: __December 4, 2018___